


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLAIRE DICKSON, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 14-1778 |
| | : | |
| v. | : | |
| | : | |
| NOBLE HOUSE HOTELS & RESORTS, individually and t/a LA PLAYA BEACH & GOLF RESORT, LA PLAYA BEACH & GOLF RESORT, RESORTS SPORTS, INC., NATIONAL PASTA ASSOCIATION, and NAPLES TRANSPORTATION AND TOURS, LLC, individually and t/a NAPLES TRANSPORTATION TOURS & EVENT PLANNING, | : : : : : : : : : : | FILED SEP 10 2014 MICHAEL E. KUNZ, Clerk By_____Dep. Clerk |
| Defendants. | : | |

## ORDER

**AND NOW**, this 10th day of September, 2014, after reviewing the complaint (Doc. No. 1), and the various motions to dismiss filed by the defendants (Doc. Nos. 21-24), and the responses in opposition to the motions (Doc. Nos. 26-29), and after an initial pretrial conference held before the undersigned on August 7, 2014, it is hereby **ORDERED** as follows:

1. The complaint (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction; and

2. The plaintiff is **GRANTED** leave to file an amended complaint within seven (7) days from the entry of this order to properly invoke, if she can, the court's subject-matter jurisdiction pursuant to 28 U.S.C. § 1332. Should the plaintiff fail to file an amended complaint within the prescribed time period, the Clerk of Court shall mark this matter closed without further order of court.

9-9-14   c. mailed

**IT IS FURTHER ORDERED** as follows:

1. The motion to dismiss filed by the defendant, National Pasta Association, on May 12, 2014 (Doc. No. 21), is **DENIED AS MOOT**;

2. The motion to dismiss filed by the defendant, Resorts Sports, Inc., on May 14, 2014 (Doc. No. 22), is **DENIED AS MOOT**;

3. The motion to dismiss filed by the defendant, Naples Transportation and Tours, LLC, individually and t/a Naples Transportation Tours & Event Planning, on May 27, 2014 (Doc. No. 23), is **DENIED AS MOOT**; and

4. The motion to dismiss filed by the defendant, Noble House Hotels & Resorts, Ltd., individually and incorrectly pleaded as La Playa Beach & Golf Resort, on June 2, 2014 (Doc. No. 24-1), is **DENIED AS MOOT**.

BY THE COURT:

_____
EDWARD G. SMITH, J.